AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____Delaware_____

CARLOS EDUARDO LARA ELIAS,

           Plaintiff,

**SUMMONS IN A CIVIL CASE**

           V.

CASE NUMBER: 07 470

BAJA CAPITAL PARTNERS, LLC and
RICHARD ALBERTI,

           Defendants.

TO: (Name and address of Defendant)

    RICHARD ALBERTI as managing Member of
    Baja Capital Partners, LLC
    c/o Global Corporate Services, Inc., its registered agent
    103 Fowler Court
    New Castle, Delaware 19720  *pursuant to 6 Del. C. Section 18-109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Daniel F. Wolcott, Jr., Esquire (ID No. 284)
    Potter Anderson & Corroon LLP
    Hercules Plaza--6th Floor
    1313 North Market Street
    Wilmington, Delaware 19801
    (302) 984-6000

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                      7/30/07

CLERK                                                    DATE

_[signature]_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7/30/07 |
| NAME OF SERVER (PRINT) PAUL COULBY | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PERSONALLY SERVED RICHARD ALBERTI, AS MANAGING MEMBER OF BAJA CAPITAL PARTNERS, LLC C/O GLOBAL CORP SERVICES AT 103 FOWLER CT, NEW CASTLE, DE 19720 AT 4:50PM PERSON ACCEPTING: AMANDA KENNY

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/30/07       Paul H Coulby
              Date          Signature of Server

230 N Market St, Wilm DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.