## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CARLOS EDUARDO LARA ELIAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:07-cv-470 (GMS) |
| | ) | |
| BAJA CAPITAL PARTNERS, LLC | ) | |
| and RICHARD ALBERTI, | ) | |
| | ) | |
| Defendants. | ) | |

## APPLICATION FOR ENTRY OF DEFAULT

**TO:   CLERK OF THE COURT**

Pursuant to Federal Rules of Civil Procedure, Rule 55(a), Plaintiff requests that you enter the default of Baja Capital Partners, LLC and Richard Alberti for failure to appear, answer, plead in or otherwise defend this action, as stated in the Affidavits annexed.

POTTER ANDERSON & CORROON LLP

By:

Michael D. Goldman (ID No. 268)
Daniel F. Wolcott, Jr. (ID No. 284)
David E. Moore (ID No. 3983)
1313 North Market Street- 6th Floor
P.O. Box 951
Wilmington, Delaware, 19899-0951
(302) 984-6000
Fax:  (302) 658-1192
mgoldman@potteranderson.com
dwolcott@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiff Carlos Eduardo Lara Elias*

Date:  August 21, 2007

OF COUNSEL:

Allen C. Wasserman
Gregory T. Casamento
LORD BISSELL & BROOK, LLP
885 Third Avenue
New York, New York  10022
(212) 812-8325

[813822]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CARLOS EDUARDO LARA ELIAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:07-cv-470 (GMS) |
| | ) | |
| BAJA CAPITAL PARTNERS, LLC | ) | |
| and RICHARD ALBERTI, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT FOR ENTRY OF DEFAULT
## AND FOR ENTRY OF DEFAULT JUDGMENT

I, DANIEL F. WOLCOTT, JR., being duly sworn, state as follows:

1.      I am an attorney at the law firm of Potter Anderson & Corroon LLP, attorneys for Plaintiff in this action.

2.      Pursuant to Fed.R.Civ.P. 4(h), copies of the Complaint and Summons herein were personally served on Defendant Baja Capital Partners, LLC through its registered agent for service, Global Corp. Services, Inc., at 103 Fowler Court, New Castle, Delaware 19720, on July 30, 2007 by personal service of the same. A copy of the affidavit of service on Baja Capital Partners, LLC is attached as Exhibit A.

3.      Pursuant to Fed.R.Civ.P. 4(e)(2), copies of the Complaint and Summons herein were personally served on Defendant Richard Alberti, Managing Partner of Baja Capital Partners, LLC, through its registered agent for service, Global Corp. Services, Inc., at 103 Fowler Court, New Castle, Delaware 19720, on July 30, 2007 by personal service of the same. A copy of the affidavit of service on Richard Alberti is attached as Exhibit B.

4.     The time within which the above Defendants could plead or otherwise defend this action has expired.  Plaintiff has received no Notice of Appearance or any Answer from the Defendants.

5.     Pursuant to Fed.R.Civ.P. 55(a), Plaintiff has filed with this Affidavit an Application for Entry of Default against all of the Defendants.

6.     Plaintiff seeks an order of replevin for items held by Paul F. Burlingame, the escrow agent of Defendant Baja Capital Partners, LLC, and a declaration that Defendant Richard Alberti comply with a lawful resolution of Baja Capital Partners, LLC requiring Mr. Alberti to return the Certificates of Deposit and related items to Plaintiff, plus Four Hundred Sixty-One Dollars ($461.00) for the costs of filing the Complaint and serving the Defendants.

7.     Pursuant to Local Rule 54.1, attached as Exhibit C is evidence of the costs Plaintiff has incurred for filing the Complaint and serving the Defendants.

8.     The Defendant Baja Capital Partners, LLC is not an infant or incompetent, since it is a Delaware limited liability company.

9.     The Affidavit of Plaintiff, who personally knows Defendant Richard Alberti (attached as Exhibit D), shows that Richard Alberti is not in the military service of the United States.

DANIEL F. WOLCOTT, JR.  (ID No. 284)

SWORN TO and subscribed in my presence
this 21st day of August, 2007.

NOTARY PUBLIC
My commission expires:_____

ROSE MARIE ANUSZEWSKI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 23, 2008

[813829]

2

# EXHIBIT A

## Service of Process:
<u>1:07-cv-00470-UNA Elias v. Baja Capital Partners LLC et al</u>

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered by Moore, David on 8/1/2007 at 11:05 AM EDT and filed on 8/1/2007

**Case Name:**      Elias v. Baja Capital Partners LLC et al
**Case Number:**    <u>1:07-cv-470</u>
**Filer:**          Carlos Eduardo Lara Elias
**Document Number:** <u>4</u>

**Docket Text:**
Return of Service Executed by Carlos Eduardo Lara Elias. Baja Capital Partners LLC served on 7/30/2007, answer due 8/20/2007. (Moore, David)

**1:07-cv-470 Notice has been electronically mailed to:**

Daniel F. Wolcott , Jr    dwolcott@potteranderson.com

**1:07-cv-470 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=8/1/2007] [FileNumber=423460-0]
[18daf9685be725b9ecc259c3a4082bc0be7d6471dedd924cc48280132c8d5a1967f74
f6e124257bd90d80f4a03a3b6c6436daa821cd577109fc2df9f01785170]]

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

CARLOS EDUARDO LARA ELIAS,

              Plaintiff,

### SUMMONS IN A CIVIL CASE

              V.

CASE NUMBER: — 0 7 — 4 7 0 —

BAJA CAPITAL PARTNERS, LLC and
RICHARD ALBERTI,

              Defendants.

TO: (Name and address of Defendant)

      BAJA CAPITAL PARTNERS, LLC
      c/o Global Corporate Services, Inc., its registered agent
      103 Fowler Court
      New Castle, Delaware  19720

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

      Daniel F. Wolcott, Jr., Esquire  (ID No. 284)
      Potter Anderson & Corroon LLP
      Hercules Plaza--6th Floor
      1313 North Market Street
      Wilmington, Delaware  19801
      (302) 984-6000

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

_____
CLERK

_____
(By) DEPUTY CLERK

7/30/07

_____
DATE

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 7/30/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| PAUL COULBY | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PERSONALLY SERVED BAJA CAPITAL PARTNERS, LLC C/O GLOBAL CORP SERVICES, INC AT 103 FOWLER CT, NEW CASTLE, DE 19720 AT 4:50 PM PERSON ACCEPTING: AMANDA KENNY

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/30/07
_Date_

Paul H. Coulby
_Signature of Server_

230 N MARKET St, WILM DE 19801
_Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT B

## Service of Process:
1:07-cv-00470-UNA Elias v. Baja Capital Partners LLC et al

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered by Moore, David on 8/1/2007 at 11:04 AM EDT and filed on 8/1/2007

**Case Name:**      Elias v. Baja Capital Partners LLC et al
**Case Number:**    1:07-cv-470
**Filer:**          Carlos Eduardo Lara Elias
**Document Number:** 3

**Docket Text:**
Return of Service Executed by Carlos Eduardo Lara Elias. Richard Alberti served on 7/30/2007, answer due 8/20/2007. (Moore, David)

**1:07-cv-470 Notice has been electronically mailed to:**

Daniel F. Wolcott , Jr    dwolcott@potteranderson.com

**1:07-cv-470 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=8/1/2007] [FileNumber=423457-0]
[2985ff918a8a240495ef998cecb14ac12635c44bfc5145a8a2303a0a44128aad8f0d1
9985f2bc6814def3edf1c9f87d2b657a1ba92ed51cc5f91396b47c91767]]

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____    District of _____ Delaware _____

CARLOS EDUARDO LARA ELIAS,

                        Plaintiff,

                      V.

BAJA CAPITAL PARTNERS, LLC and
RICHARD ALBERTI,

                        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 0 7  4 7 0

TO: (Name and address of Defendant)

    RICHARD ALBERTI as managing Member of
    Baja Capital Partners, LLC
    c/o Global Corporate Services, Inc., its registered agent
    103 Fowler Court
    New Castle, Delaware  19720   *pursuant to 6 Del. C. Section 18-109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Daniel F. Wolcott, Jr., Esquire  (ID No. 284)
    Potter Anderson & Corroon LLP
    Hercules Plaza--6th Floor
    1313 North Market Street
    Wilmington, Delaware  19801
    (302) 984-6000

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                              7/30/07

_____    _____
CLERK                                        DATE

_____
(By) DEPUTY CLERK

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 7/30/07 |
|---|---|
| NAME OF SERVER (PRINT) PAUL COULBY | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): PERSONALLY SERVED RICHARD ALBERTI AS MANAGING MEMBER OF BAJA CAPITAL PARTNERS, LLC c/o GLOBAL CORP SERVICES AT 103 FOWLER CT, NEW CASTLE, DE 19720 AT 4:50PM PERSON ACCEPTING: AMANDA KENNY

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7/30/07___
             Date

_Paul H Coulby_
Signature of Server

_230 N MARKET St, WILM DE 19801_
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CARLOS EDUARDO LARA ELIAS,           )
                                     )
                  Plaintiff,           )
                                     )
        v.                          )          C.A. No. 1:07-cv-470 (GMS)
                                     )
BAJA CAPITAL PARTNERS, LLC           )
and RICHARD ALBERTI,                 )
                                     )
              Defendants.           )

## EXHIBIT C TO
## AFFIDAVIT OF DANIEL F. WOLCOTT, JR.
## FOR ENTRY OF DEFAULT AND FOR ENTRY OF DEFAULT JUDGMENT

Costs of Filing Complaint and Service of Complaint Upon Defendants

| | |
|---|---|
| District Court filing fee | $350.00 |
| Service of Complaint upon Defendants Baja Capital Partners, LLC and Richard Alberti | $111.00 |
| **TOTAL:** | **$461.00** |

[813898]

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARLOS EDUARDO LARA ELIAS, | ) |
| | ) |
| Plaintiff, | ) AFFIDAVIT FOR ENTRY OF |
| | ) DEFAULT AND FOR ENTRY OF |
| v. | ) DEFAULT JUDGMENT |
| | ) |
| BAJA CAPITAL PARTNERS, LLC, AND | ) |
| RICHARD ALBERTI | ) Case No.  07 CV 470 |
| | ) |
| Defendants. | ) |
| | ) |

I, Carlos Eduardo Lara Elias, being duly sworn, state as follows:

1. I am the plaintiff in this action.

2. I personally have know the Defendant Richard Alberti since October of 2005.

3. To the best of my knowledge, Mr. Alberti is not an incompetent, or, to my knowledge, in the military service of the United States.

Carlos Eduardo Lara Elias

STATE OF __CALIFORNIA__ )
) SS.:
COUNTY OF __IMPERIAL__ )

On the _21_ day of August, 2007, before me personally came Carlos Eduardo Lara Elias, to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that he executed said instrument.

PAOLA M. RODRIGUEZ
COMM. # 1604726
NOTARY PUBLIC - CALIFORNIA
IMPERIAL COUNTY
COMM. EXPIRES SEPT. 5, 2009

Notary Public
My commission expires on SEPT. 05, 2009.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CARLOS EDUARDO LARA ELIAS,    )
                                       )
                Plaintiff,    )
                                       )
           v.               )     C.A. No. 1:07-cv-470 (GMS)
                                       )
BAJA CAPITAL PARTNERS, LLC    )
and RICHARD ALBERTI,    )
                                       )
              Defendants.   )

## ENTRY OF DEFAULT

Plaintiff has requested that default be entered against Defendants Baja Capital

Partners, LLC and Richard Alberti, and said Defendants have failed to appear, answer, plead in

or otherwise defend this action.

IT IS ORDERED that default is entered against the Defendants.

Date:_____

                                   _____
                                   CLERK

                                   By:_____
                                       DEPUTY CLERK

[PAC 813826]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CARLOS EDUARDO LARA ELIAS,    )
    )
             Plaintiff,    )
    )
          v.    )     C.A. No. 1:07-cv-470 (GMS)
    )
BAJA CAPITAL PARTNERS, LLC    )
and RICHARD ALBERTI,    )
    )
          Defendants.    )

## DEFAULT JUDGMENT BY CLERK

Defendants Baja Capital Partners, LLC and Richard Alberti have failed to appear, answer, plead in or otherwise defend this action, and default has been entered. Plaintiff requested default judgment against said Defendants pursuant to Fed.R.Civ.P. 55(b)(1), and alleged in his Complaint that the escrow agent of Defendant Baja Capital Partners, LLC is wrongfully holding Plaintiff Carlos Eduardo Lara Elias' possessions, namely Certificates of Deposit ("CDs") and related documents, in a safe deposit, and demanding that Defendant Richard Albert comply with a lawful resolution of Baja Capital Partners, LLC to return the CDs and related documents. None of said Defendants is an infant, incompetent, or in the military service of the United States.

IT IS ORDERED that Plaintiff recover from Defendants Baja Capital Partners, LLC and Richard Alberti, jointly and severally, the following documents being held by Paul Burlingame as escrow agent for Defendants:

1.     Bancomer Certificate of Deposit #7921536 ($50,000,000 pesos) contained in a binder;

2.     Bancomer Certificate of Deposit #287930 ($6,000,000 pesos) contained in a binder;

3.    Bancomer Certificate of Deposit # 388765 ($1,500,000 pesos) contained in a binder;

4.    Three (3) blue binders;

5.    Three (3) white binders;

6.    One (1) large binder; and

7.    All other documents being held pursuant to the escrow agreement between Baja Capital Partners, LLC And Paul F. Burlingame as escrow agent.

IT IS ORDERED that Defendant Richard Alberti comply with the resolution of

Baja Capital Partners, LLC and facilitate the return of the CDs and related documents to

Plaintiff.

IT IS ORDERED that Defendants Baja Capital Partners, LLC and Richard

Alberti, jointly and severally, shall pay court costs in the amount of Four Hundred Sixty-One

Dollars ($461.00).


Date:_____          _____
                                                CLERK


                                                By:_____
                                                    DEPUTY CLERK


[PAC 813817]