IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CARLOS EDUARDO LARA ELIAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:07-cv-470 (GMS) |
| | ) | |
| BAJA CAPITAL PARTNERS, LLC and RICHARD A. ALBERTI, | ) ) | |
| | ) | |
| Defendants. | ) | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Allen C. Wasserman and Gregory T. Casamento of Lord Bissell & Brook, LLP, 885 Third Avenue, New York, New York 10022, to represent Plaintiff Carlos Eduardo Lara Elias in this matter.

POTTER ANDERSON & CORROON LLP

By: _____
Michael D. Goldman  (ID No. 268)
Daniel F. Wolcott, Jr.  (ID No. 284)
David E. Moore  (ID No. 3983)
1313 North Market Street--6th Floor
Wilmington, Delaware  19801
(302) 984-6000
Fax:  (302) 658-1192

*Attorneys for Plaintiff Carlos Eduardo Lara Elias*

Date:  August 23, 2007
[814643]

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* is granted.

Date:_____           _____
                                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: 25 Jul 07                    Signed: _____
                                           Allen C. Wasserman
                                           LORD, BISSELL & BROOK, LLP
                                           885 Third Ave.
                                           New York, New York 10022
                                           Telephone: 212.812.8306
                                           Facsimile: 212.812.8366
                                           awasserman@lordbissell.com


## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: 25 Jul 07                    Signed: _____
                                           Gregory T. Casamento
                                           LORD, BISSELL & BROOK, LLP
                                           885 Third Ave.
                                           New York, New York 10022
                                           Telephone: 212.812.8325
                                           Facsimile: 212.812.8385
                                           gcasamento@lordbissell.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2007 a copy of Plaintiff's Motion for Admission *Pro Hac Vice* of Allen C. Wasserman and Gregory T. Casamento was served by regular United States mail upon the following counsel of record:

>Richard A. Alberti, Esquire
>113 St. Tropez Circle
>Beaver Falls, Pennsylvania  15010

_____
DANIEL F. WOLCOTT, JR. (ID No. 284)

[814643]