IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARLOS EDUARDO LARA ELIAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:07-cv-470 (GMS) |
| ) | |
| BAJA CAPITAL PARTNERS, LLC ) | |
| and RICHARD A. ALBERTI, ) | |
| ) | |
| Defendants. ) | |

## WITHDRAWAL OF
## APPLICATION FOR ENTRY OF DEFAULT

Please take notice that Plaintiff hereby withdraws his Application for Entry of Default, as an Answer to the Complaint has been filed on behalf of Defendants Richard A. Alberti and Baja Capital Partners, LLC.

POTTER ANDERSON & CORROON LLP

By: /s/ [signature]
Michael D. Goldman (ID No. 268)
Daniel F. Wolcott, Jr. (ID No. 284)
David E. Moore (ID No. 3983)
1313 North Market Street--6th Floor
Wilmington, Delaware 19801
(302) 984-6000
Fax: (302) 658-1192

*Attorneys for Plaintiff Carlos Eduardo Lara Elias*

Date: August 23, 2007

[814700]

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2007 a copy of Plaintiff's Withdrawal of Application for Entry of Default was served by regular United States mail upon the following counsel of record:

>Richard A. Alberti, Esquire
>113 St. Tropez Circle
>Beaver Falls, Pennsylvania  15010

_____
DANIEL F. WOLCOTT, JR.  (ID No. 284)

[814700]