IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARLOS EDUARDO LARA ELIAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BAJA CAPITAL PARTNERS, LLC )<br>and RICHARD ALBERTI, )<br>)<br>Defendants. ) | C.A. No. 1:07-cv-470 |

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that counsel identified below appears in the above-captioned case as counsel for Defendants Baja Capital Partners, LLC and Richard Alberti. Counsel hereby enters its appearance and requests that all notices given or required to be given and all papers served in this case be delivered to and served upon the person identified below at the following addresses:

Christopher P. Simon, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380

Telephone: 302-777-4200
Facsimile: 302-777-4224
csimon@crosslaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written, or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

Dated: October 10, 2007         **CROSS & SIMON, LLC**

                        BY: /s/ CPS
                        _____
                        Christopher P. Simon (Bar No. 3697)
                        913 North Market Street, 11th Floor
                        P.O. Box 1380
                        Wilmington, Delaware 19899-1380
                        Telephone: 302-777-4200
                        Facsimile: 302-777-4224

                        *Counsel for Defendants*