IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CARLOS EDUARDO LARA ELIAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-470-GMS |
| | ) | |
| BAJA CAPITAL PARTNERS, LLC, AND RICHARD ALBERTI | ) ) | |
| | ) | |
| Defendants. | ) ) | |

### NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that effective immediately the name of the law firm serving as "Of Counsel" for Plaintiff, Carlos Eduardo Lara Elias ("Dr. Lara"), currently Lord, Bissell & Brook LLP, has been changed to Locke Lord Bissell & Liddell LLP. The new email addresses for the attorneys of record from Locke Lord Bissell & Liddell LLP are as follows:

awasserman@lockelord.com and gcasamento@lockelord.com.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Allen C. Wasserman
Gregory T. Casamento
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue
New York, New York  10022
(212) 812-8325

By:___/s/ David E. Moore___
Michael D. Goldman  (ID No. 268)
Daniel F. Wolcott, Jr.  (ID No. 284)
David E. Moore  (ID No. 3983)
1313 North Market Street—6th Floor
P.O. Box 951
Wilmington, Delaware  19899-0951
(302) 984-6000
mgoldman@potteranderson.com
dwolcott@potteranderson.com
dmoore@potteranderson.com

Dated:  October 12, 2007
825342 / 32113

*Attorneys for Plaintiff Carlos Eduardo Lara Elias*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on October 12, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on October 12, 2007, I have Electronically Mailed the document to the following person(s):

Christopher Page Simon
Cross & Simon, LLC
913 North Market Street
11th Floor
Wilmington, DE 19801
(302) 777-4200
csimon@crosslaw.com

By: /s/ David E. Moore
Michael D. Goldman  (ID No. 268)
Daniel F. Wolcott, Jr.  (ID No. 284)
David E. Moore  (ID No. 3983)
1313 North Market Street—6th Floor
P.O. Box 951
Wilmington, Delaware  19899-0951
(302) 984-6000
mgoldman@potteranderson.com
dwolcott@potteranderson.com
dmoore@potteranderson.com

825343/32113