IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARLOS EDUARDO LARA ELIAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:07-cv-470 |
| ) | |
| BAJA CAPITAL PARTNERS, LLC ) | |
| and RICHARD ALBERTI, ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Christopher P. Simon, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Richard Alberti, Esquire, of Baja Capital Partners, LLC to represent himself and Baja Capital Partners, LLC in this action. The Admittee is admitted, practicing, and in good standing in the State of Pennsylvania, and the United States District Court for the Western District of Pennsylvania.

Dated: October 16, 2007

CROSS & SIMON, LLC

By: /s/ CPS
Christopher P. Simon (No. 3697)
P.O. Box 1380
913 North Market Street, 11th Floor
Wilmington, Delaware 19899-1380
Tel: (302) 777-4200
Fax: (302) 777-4224

*Attorneys for Defendants*

      The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the State of Pennsylvania and the United States Court for the Western District of Pennsylvania, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court, and is generally familiar with such Rules.

 

_____
Richard A. Alberti, Esquire (PA No. 42050)
Baja Capital Partners, LLC
113 St. Tropez Circle
Beaver Falls, PA 15010
Telephone No.: (724) 774-0300
Fax No.: (724) 843-6017

MOTION GRANTED

BY THE COURT:

Date: _____

_____
The Honorable Gregory M. Sleet
United States District Court Judge